# HAYNEVILLE 2004 REQUISITIONS AND INVOICES
## (Summary: TH00083 – TH00210)

| Requisition No. | Invoice No | Invoice Date | Amount | Description |
|---|---|---|---|---|
| 87 | 189 | 1/8/2004 | $3,445.00 | Nichols St. |
| 89 | 190 | 1/12/2004 | $3,445.00 | Cedar St. |
| 91 | 192 | 1/20/2004 | $7,475.00 | Brewer Dr. |
| 92 | 193 | 1/20/2004 | $3,120.00 | Brewer Dr. & Hill Street |
| 99 | 195 | Not clear | $5,167.50 | People Street |
| 100 | 194 | 1/30/2004 | $6,987.50 | Russell Lane & Baker Lane |
| 102 | 196 | 2/18/2004 | $6,890.00 | Hilburne Dr. |
| 106 | 197 | 2/20/2004 | $7,475.00 | Streety Rd. |
| 107 | 198 | 2/20/2004 | $4,550.00 | Streety Rd. Completion |
| 111 | 200 | 3/4/2004 | $7,475.00 | Greenlake Dr. |
| 112 | 199 | 3/4/2004 | $6,305.00 | Greenlake Dr. Completion |
| 119 | 205 | 3/15/2004 | $7,475.00 | Mingo |
| 120 | 204 | 3/15/2004 | $7,475.00 | Mingo |
| 121 | 206 | 3/15/2004 | $2,210.00 | Mingo |
| 122 | 203 | 3/15/2004 | $1,625.00 | Haigler |
| 123 | 207 | 3/30/2004 | $4,355.00 | Cook Dr. & Woodland |
| 126 | 208 | 4/8/2004 | $7,475.00 | Chicken Pit Rd. |
| 127 | 209 | 4/8/2004 | $7,475.00 | Chicken Pit Rd. |
| 128 | 215 | 4/30/2004 | $3,445.00 | Brown St. |
| 129 | 214 | 4/30/2004 | $5,167.50 | Patterson St. |
| 130 | 212 | 4/27/2004 | $7,475.00 | Cemetery Rd. |
| 131 | 213 | 4/27/2004 | $2,821.00 | Cemetery Rd. |
| 137 | 216 | 4/30/2004 | $5,148.00 | Railroad Rd. |
| 139 | 219 | 5/21/2004 | $6,800.00 | Daehan Plant |
| 140 | 220 | 5/21/2004 | $1,950.00 | Daehan Plant |
| 143 | 217 | 4/30/2004 | $7,475.00 | Chicken Pit Rd. |
| 144 | 218 | 4/30/2004 | $2,821.00 | Chicken Pit Rd. |
| 156 | 221 | 7/6/2004 | $7,475.00 | Pinetucket Rd. |
| 157 | 222 | 7/6/2004 | $7,475.00 | Pinetucket Rd. |
| 158 | 223 | 7/6/2004 | $3,932.50 | Pinetucket Rd. |
| 159 | 224 | 7/6/2004 | $3,445.00 | New Burkeville Rd. |
| 160 | 225 | 7/6/2004 | $7,475.00 | Judge Rd. |
| 161 | 226 | 7/6/2004 | $7,475.00 | Judge Rd. |
| 162 | 227 | 7/6/2004 | $7,475.00 | Judge Rd. |
| 163 | 228 | 7/6/2004 | $7,475.00 | Judge Rd. |

GOVERNMENT EXHIBIT
12

| Requisition No. | Invoice No | Invoice Date | Amount | Description |
|---|---|---|---|---|
| 164 | 229 | 7/6/2004 | $7,475.00 | Judge Rd |
| 174 | 230 | 8/27/2004 | $7,475.00 | Dean Rd. |
| 175 | 231 | 8/27/2004 | $7,475.00 | Dean Rd. |
| 176 | 232 | 8/27/2004 | $7,475.00 | Dean Rd. |
| 177 | 233 | 8/27/2004 | $1,625.00 | Dean Rd. |
| 178 | 234 | 8/27/2004 | $7,475.00 | Taylor Rd. |
| 179 | 235 | 8/27/2004 | $7,475.00 | Taylor Rd. |
| 180 | 236 | 8/27/2004 | $3,932.50 | Taylor Rd. |
| 181 | 237 | 8/27/2004 | $7,475.00 | Deer Trace Rd. |
| 182 | 238 | 8/27/2004 | $7,475.00 | Deer Trace Rd. |
| 183 | 239 | 8/27/2004 | $7,377.50 | Deer Trace Rd. |
| 184 | 240 | 8/27/2004 | $7,475.00 | Deer Trace Cir. |
| 192 | 241 | 8/27/2004 | $1,235.00 | Deer Trace Cir |
| 193 | 241 | 9/21/2004 | $142,025.00 | Mims & Atchinson |
|  |  |  |  |  |
|  |  | **TOTAL** | $419,225.00 |  |